# LAW OFFICES OF N.M. GEHI, P.C.

ATTORNEYS & COUNSELLORS AT LAW

THE PICKMAN BUILDING • 118-21 QUEENS BLVD. • SUITE 411, 4TH FL. • FOREST HILLS, NY 11375
TEL: (718) 263-5999 • FAX: (718) 263-1685

October 7, 2011

Hon. Jerome Feller
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271 Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

                          **RE: Sukhramn, Lalita & Eshwar**
                          **1-11-42627-JF**

Dear Hon. Feller,

      I respectfully state that Trustee Geltzer has submitted an Ex- Parte Order for Directing the Production of Documents Pursuant to Rule 2004(c) of the Federal Rules of Bankruptcy Procedure in connection with the above-captioned matter. Our law firm intends to file a Motion in Opposition to the Ex Parte Application of an Order Authorizing Examination Pursuant to a Rule 2004(a) of the Federal Rules of Bankruptcy Procedure and an Order Directing the Production of Documents and Motion to Quash the Subpoena issued by Trustee, which has been filed by Trustee Geltzer. We would also like to express our concern with the fact that the Trustee filed the Application and Subpoena ex parte with the Court.

      We respectfully urge your Honor to stay the order granting the Application and Subpoena so that the debtors can be granted to be heard in this matter. Our clients would be indebted to your Honor if your Honor would stay the order until I file my motion. I respectfully state that I will be filing the motion within two weeks from the date of this letter. Thank you for your help and cooperation.

                                                                      Respectfully Submitted,

                                                                      Naresh M. Gehi, Esq.