LAW OFFICES OF

# ROBERT L. GELTZER

1556 THIRD AVENUE
NEW YORK, NEW YORK 10128
(212) 410-0100

FACSIMILE (212) 410-0400

December 2, 2011

**BY FAX ONLY: (718) 263-1685**

Rita Arguello, Esq.
Law Offices of N. M. Gehi, P.C.
118 - 21 Queens Blvd, Suite 411
Forest Hill, NY 11375

**Re: Lalita Devi Sukhramn & Eshwar Nauth Sukhramn - Case No. 11-42627 (JF)**

Dear Ms. Arguello:

To include the paragraph you seek regarding preserving your right to oppose applications is superfluous and violates the principle of *inclusio unus est exlcusio alterius*, and I shall not agree.

Why would you send it to Judge Feller while it is still being negotiated and I have not signed it? A party who is negotiating the terms of a stipulation does not unilaterally change it, sign it, and file it with the court---without the consent of the other party. By your doing so, you compel me to send a copy of this response to Judge Feller so as to obviate any confusion that you have unnecessarily again caused.

I enclose a revised draft of a stipulation that incorporates changes upon which we agreed; if you do not wish to sign it, I shall settle it upon you.

Finally, I am incredulous that you would refuse to give me the day and time and channel of a television show!! Are you prohibiting me from watching it? If I watch it, are you going to seek an order to enjoin me or file another complaint against me?

Very truly yours,

Robert L. Geltzer

RLG:ayh
Encls.

cc:    Honorable Jerome Feller (w/o encls.)
       Marylou Martin, Esq. (w/o encls.)