# GEHI & ASSOCIATES
## ATTORNEYS & COUNSELLORS AT LAW

THE PICKMAN BUILDING • 118-21 QUEENS BLVD. • SUITE 409, 4TH FL. • FOREST HILLS, NY 11375
TEL: (718) 263-5999 • FAX: (718) 263-1685

February 2, 2012

Robert L. Geltzer
1556 Third Avenue
New York, NY 10128
Fax 212-410-0400

**RE: Lalita Devi Sukhramn & Eshwar Nauth Sukhramn
Case No. 11-42627 (JF)**

Dear Mr. Geltzer,

    Since the Hon. Jerome Feller is not dealing with either Song Park or Yongdae Park's matter, I have only focused my response in connection with the above-named Debtors who are currently before Hon. Jerome Feller. I had sent you two faxes regarding the stipulation on January 17, 2012 and another on January 25, 2012 in attempts to arrive at an agreement among the parties regarding the stipulation for the 2004 Examination in accordance with the Judge's direction. Additionally, since I did not receive a response from you within the stipulated time, it was impossible for me to finalize the order. I would very much appreciate it if we can smoothly navigate this matter and finalize it in accordance with the Judge's directions as soon as possible.

    Our clients request forty-five (45) days to review and clarify the record through corrections, if necessary. Our clients have children and incur financial losses when they take days off in order to review and clarify the deposition tapes. Additionally, our firm has granted you an extension in this matter in the past and therefore it would be a professionally courtesy from your end to reciprocate accordingly.

Thank you.

Very truly yours,

Rita M. Espinosa Arguello, Esq.
*Associate Attorney*

Cc: Clerk, Hon. Jerome Feller (ECF)


Cc: Marylou Martin
U.S. Trustee's Office
271 Cadman Plaza East, Room 4529
Brooklyn, NY 11201.
Fax 718-422-4992
VIA FAX ONLY

Cc: Alicia M. Leonhard
U.S. Trustee's Office
271 Cadman Plaza East, Room 4529
Brooklyn, NY 11201.
Fax 718-422-4992
VIA FAX ONLY