LAW OFFICES OF

# ROBERT L. GELTZER

1556 THIRD AVENUE
NEW YORK, NEW YORK 10128
(212) 410-0100

―――

FACSIMILE (212) 410-0400

March 5, 2012

Honorable Jerome Feller
United States Bankruptcy Court
Eastern District of New York
271 Cadman Plaza East
Brooklyn, NY 11201

      Re:    Lalita Devi Sukhramn and Eshwar Nauth Sukhramn
             Case No. 11-42627 (JF)

Dear Judge Feller:

      With an eye toward avoiding further "angry correspondence," as alluded to in your February 29, 2012 Order granting examination under Federal Rule of Bankruptcy Procedure 2004 (the "2004 Order"), and, moreover, any argument (which I would like to avoid, if feasible without impinging upon my fiduciary duties) at the time of the scheduled examinations, I respectfully request that the 2004 Order be amended, as marked on the enclosed copy thereof, to make it eminently clear that there will not be one examination (which, obviously, was not what anyone intended) but, rather, two examinations, i.e. of each of the two joint Debtors.

      I thank you in advance for your consideration.

                                          Respectfully submitted,

                                          /s/ Robert L. Geltzer

                                          Robert L. Geltzer

RLG:ayh
Enclosure

cc:    Marylou Martin, Esq. (w/encl. - by email only)
        ECF Clerk
        Rita Arguello, Esq. (w/encl. - by fax only)