| | |
|---|---|
| **UNITED STATES** ~~U.S.~~ **BANKRUPTCY COURT**<br>**EASTERN DISTRICT OF NEW YORK**<br>~~**BROOKLYN DIVISION**~~ | ~~Hearing Date: December 18, 2012~~<br>~~Hearing Time: 10:00am~~ |

-------------------------------------------------------x
IN RE                                                            :
                                                                       :   **Chapter 7**
**LALITA DEVI SUKHRAMN** ~~SUKHRAM~~ and   :   ~~Chapter 7~~ Case No. **1-11-42627-jf**
**ESHWAR NAUTH SUKHRAMN** ~~SUKHRAM,~~   :
                                                                       :   ~~11-42627 (JF)~~
                                                                       :
**Debtors.**                                                 :
                                                                       :
-------------------------------------------------------x

## ORDER DENYING MOTION FOR BANKRUPTCY RULE 2004 EXAMINATION OF DEBTORS AND DENYING REQUEST FOR PRODUCTION OF DOCUMENTS

Upon Robert L. Geltzer, the Chapter 7 Trustee ("<u>Trustee</u>"), filing on November 2, 2012, an application for an order authorizing a Bankruptcy Rule 2004 examination of the Debtors and directing the Debtors to produce documents (ECF Docket No. 62); and the Debtors having filed on November 9, 2012, an objection to the application indicating, among other things, that they have already submitted to the Trustee a plenitude of documents and that a Rule 2004 examination was already conducted (ECF Docket No. 63); and the Trustee having filed on November 27, 2012 a reply affirmation (ECF Docket No. 67); and after hearing the arguments of the Trustee and counsel for the Debtor on December 18, 2012, and upon consideration of the entire case file, and for the reasons stated on the record of the hearing; ~~the Court issued its ruling from the bench;~~ it is accordingly

**ORDERED**, that ~~pursuant to Fed. R. Bankr. P. 2004(a),~~ the Trustee's application is denied. ~~is denied insofar as the Trustee may not conduct an examination of Lalita Devi Sukramn and Eshwar Nauth Sukhramn; and it is further~~

~~**ORDERED**, that pursuant to Fed. R. Bankr. P. 2004(c), the application is denied as to the Trustee's request for the production of further documentation of Lalita Devi Sukramn and Eshwar Nauth Sukhramn.~~

**Dated: Brooklyn, New York**
      **April 3, 2013**

                                      <u>**s/Jerome Feller**</u>
                                      **Honorable Jerome Feller**
                                      **United States Bankruptcy Judge**