# United States Bankruptcy Court

Eastern District of New York
271−C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201−1800

---

| | |
|---|---|
| IN RE: | CASE NO: 1−11−42627−jf |
| Lalita Devi Sukhramn and Eshwar Nauth Sukhramn | |
| SSN/TAX ID: | CHAPTER: 7 |
| xxx−xx−2116       xxx−xx−3717 | |
| DEBTOR(s) | |

---

## NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

Notice is hereby given that:

A transcript of the proceeding held on December 18, 2012 was filed on May 16, 2013 .

The following deadlines apply:

The parties have until May 23, 2013 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a Transcript Redaction Request is June 6, 2013.

If a Transcript Redaction Request is filed, the redacted transcript is due June 17, 2013.

If no such Notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is August 14, 2013 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber VERITEXT REPORTING COMPANY − 212−267−6868 or you may view the document at the public terminal at the Office of the Clerk.

Dated: May 17, 2013

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnftrans.jsp** [Notice of Filing Transcript and Deadlines to Restriction and Redaction rev. 11/21/08]